## Fall and Smith, Overseers of the Poor of New-Windsor, v. John Belknap.

IF an affidavit of service state, that the party did serve his opponent with *notice* of bringing on the cause to argument, it is, without setting forth or producing the notice itself, sufficient to entitle to judgment, if the opposite side do not attend.